**ORDERED ACCORDINGLY.**

Dated: February 19, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630)
BRIAN PAINO (AZ SBN 027091)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for CITIMORTGAGE INC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| In re | Case No. 2:09-BK-17903-GBN |
|---|---|
| JOHN JOHNSON, III AND HOLLY JOHNSON , | Chapter 7 |
| Debtor(s). | ORDER FOR RELIEF AS TO THE TRUSTEE ONLY |
| CITIMORTGAGE INC., | |
| Movant, | |
| v. | |
| JOHN JOHNSON, III AND HOLLY JOHNSON , Debtor(s); and MAUREEN GAUGHAN, Chapter 7 Trustee, | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 United States Code section 362 is hereby immediately terminated as to the trustee only as it applies to the enforcement by Movant of all of its rights in

-1-

1 | the real property under the Note and Deed of Trust commonly known as 4300 S Splendor Court,
2 | Gilbert, Arizona 85297 ("Real Property"), which is legally described as:

> LOT 353, POWER RANCH NEIGHBORHOOD 4, ACCORDING TO BOOK 513 OF MAPS, PAGE 17, RECORDS OF MARICOPA COUNTY, ARIZONA.

2. That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived as the Debtors intend to surrender the Real Property.

3. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

8. Counsel for Movant is to serve a copy of this Order immediately upon Debtors, Debtors' counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE